UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

RANDALL EDWIN FULGHUM,

    Plaintiff,

v.                                                                                             4:10-cv-63

SHERIFF RANDALL BOYCE,
DEPUTY BEAR, DEPUTY CAM,
DEPUTY DOUG, DEPUTY JOHN DOE #1,
NURSE JANE DOE #2, NURSE JOHN DOE #3,
and DR. H. RUPERT,

    Defendants.

## MEMORANDUM AND ORDER

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed *in forma pauperis* in the United States District Court for the Middle District of Tennessee, Nashville Division, and transferred to this court without service of process. The Clerk is **DIRECTED** to send the plaintiff a service packet (a blank summons and USM 285 form) for defendants Boyce, Bear, Cam, Doug, and Rupert. Process shall not issue against the "John Doe" and "Jane Doe" defendants until plaintiff provides the Clerk's Office with the correct names and addresses of these individuals

The plaintiff is **ORDERED** to complete the service packets for defendants Boyce, Bear, Cam, Doug, and Rupert and return them to the Clerk's Office within twenty (20) days of the date of receipt of this Order. At that time the summonses will be signed and sealed by

the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4. The plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action.

Defendants Boyce, Bear, Cam, Doug, and Rupert shall answer or otherwise respond to the complaint within twenty (20) days from the date of service. Defendants' failure to timely respond to the complaint will result in entry of judgment by default against defendants.

Plaintiff is **ORDERED** to inform the court, and the defendants or their counsel of record, immediately of any address changes. Failure to provide a correct address to this court within ten (10) days following any change of address will result in the dismissal of this action.

**E N T E R :**

                                                                 */s/Harry S. Mattice, Jr.*
                                                                HARRY S. MATTICE, JR.
                                                         UNITED STATES DISTRICT JUDGE